John Christian Barlow #12438
40 North 300 East, Suite 101
St. George, UT 84770
(435)688-1170
Fax: (435)215-2420

IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| PENI COX, an individual,<br><br>                              Plaintiff,<br><br>     vs.<br><br>RECONTRUST COMPANY, N.A.; BANK OF AMERICA HOME LOANS SERVICING, LP; BANK OF AMERICA, FSB; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., and DOES 1 – 5,<br><br>                              Defendants. | MOTION TO AMEND COMPLAINT<br><br>2:10-cv-00492-CW-SA<br>Honorable Clark Waddoups |

Peni Cox, by and through counsel, John Christian Barlow, in accordance with Rule 15(a) of the Utah Rules of Civil Procedure motions this court to allow for the petitioner to Amend her complaint against Defendants as follows:

Plaintiff wishes to add a class of unmanned citizens who are currently in the foreclosure process with Recon Trust.  Plaintiff wishes to remove New Line Mortgage as a Defendant. Plaintiff wishes to remove all Cause of Action except Cause of Action One and Two.

1

Dated this __26__ day of June, 2010.

*J. Christian Barlow*

_____
JOHN CHRISTIAN BARLOW
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on June 26th, 2010 "MOTION TO AMEND COMPLAINT", was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification to all counsel of record registered under the CM/ECF system.

Richard Ensor
VANTUS LAW GROUP, P.C.
3165 East Millrock Drive Suite 160
Salt Lake City, Utah 84121

Michael Huber
8170 S. Highland Drive, Suite E5
Sandy, Utah 84093


/s/ Christian Barlow
_____
JOHN CHRISTIAN BARLOW
Attorney for Plaintiff
40 North 300 East, Suite 101
St. George, UT 84770
(435)688-1170
jcb@envisionlawfirm.com