JOHN CHRISTIAN BARLOW
CAMERON SORAN (Law Student)
40 N. 300 E. # 101
Saint George, Utah 84771
Telephone: 435-634-1200

E. Craig Smay
174 E. South Temple
Salt Lake City, UT 84111
Telephone: 801-539-8515

Attorneys for Plaintiff-Appellant Peni Cox.

---

### IN THE UNITED STATES DISTRICT COURT, DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| PENI COX, an individual<br><br>*Plaintiff,*<br><br>vs.<br><br>RECONTRUST COMPANY, N.A., BANK OF AMERICA HOME LOANS SERVIC-ING; BANK OF AMERICA, FSB, NEW LINE MORTGAGE, DIVISION OF RE-PUBLIC, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; AND DOES 1-5,<br><br>*Defendants.* | **RENEWED REQUEST TO SUBMIT FOR DECISION AND FOR HEARING**<br><br>Case No. 2:10-CV-492<br><br>Judge Clark Waddoups |

Plaintiff, pursuant to Rules 7-1(f) and 7-3, DU Civ. R, respectfully requests that defendants' pending Motion to Dismiss be submitted for decision and set for hearing at a time convenient to the court.  All briefing permitted or requested has been completed.

　　　RESPECTFULLY submitted this 27th day of July, 2010

/s/  John Christian Barlow

1

<u>CERTIFICATE OF SERVICE</u>

THE UNDERSIGNED CERTIFIES that on this 27 day of July 2010, a true and correct copy of the foregoing CERTIFICATE OF SERVICE was filed with the Clerk of Court via ECF and was therefore served by electronic mail to the following:


E. Craig Smay
174 E. South Temple
Salt Lake City, UT 84111
(801) 539-8515
Fax: (801) 539-8544

Cameron Soran (Law Student)
40 N. 300 E. # 101
Saint George, Utah 84771
Telephone: (253) 250-9449

Michael Huber
8170 S. Highland Drive, Suite E5
Sandy, Utah 84093

Richard F. Ensor (10877)
VANTUS LAW GROUP, P.C.
3165 East Millrock Drive, Suite 160
Salt Lake City, Utah 84121
Telephone: (801) 833-0500
Facsimile: (801) 931-2500


Roy W. Arnold (Admitted pro hac vice)
REED SMITH LLP
Reed Smith Centre
225 Fifth Avenue

Pittsburgh, PA 15222
Telephone: (412) 288-3916
Facsimile: (412) 288-3063

Amir Shlesinger (Admitted pro hac vice)
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone: (213) 457-8000
Facsimile: (213) 457-8080


James Martin
Reed Smith LLP
225 Fifth Avenue
Pittsburgh, Pennsylvania
JMartin@ReedSmith.com
Phone: (412) 288-3131

David Bird
Reed Smith LLP
225 Fifth Avenue
Pittsburgh, Pennsylvania
DBird@ReedSmith.com
Phone: (412) 288-3131


<u>/s/ John Christian Barlow</u>